LRH/CM: USAO 2023R00146



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * CRIMINAL NO. TDC24CR162 |
| v. | * |
| | * (Theft of Public Money, 18 U.S.C. § 641; |
| EVA GLEECK MUNAR, | * Forfeiture, 18 U.S.C. § 981(a)(1)(C), |
| | * 28 U.S.C. § 2461(c), and 21 U.S.C. |
| | * § 853(p)) |
| Defendant | * |

*******

**INFORMATION**

**COUNT ONE**
**(Theft of Public Money)**

The United States Attorney for the District of Maryland charges that:

At times relevant to this Information:

1. From January 2020 continuing to in or about March 2023 District of Maryland, defendant EVA GLEECK MUNAR did willingly and knowingly steal and purloin benefits from programs administered by the Office of Personnel Management, the Department of State, and the Social Security Administration, exceeding $1,000.00, such funds being property of the United States and the Office of Personnel Management, the Department of State, and the Social Security Administration.

18 U.S.C. § 641

18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), in the event of the defendant's conviction under Counts One of this Information.

2. Upon conviction of the offense alleged in Count One of this Information, the defendant,

### EVA GLEECK MUNAR,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including, but not limited to, a money judgment in the amount of proceeds the defendant obtained as the result of the offense.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above as being subject to forfeiture, pursuant to 21 U.S.C. § 853(p).

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Date: May 16, 2024

*Erek L. Barron* /s/
Erek L. Barron
United States Attorney